```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

BRENDA MANNING,               )
                              )
          Plaintiff,          )         4:08CV3213
                              )
     v.                       )
                              )
WARREN MEMORIAL HOSPITAL,     )         ORDER
                              )
          Defendant.          )
                              )
```

IT IS ORDERED:

Defendant's motion, filing no. 10, is granted and defendant's Amended Answer and Affirmative Defenses shall be filed forthwith.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge