```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Paragraph number 6 of the Order for Initial Progression of Case, filing no. 14, is amended as follows:

    6. **Limits on Discovery**. Each party is limited to serving 30 interrogatories on any other party. The plaintiffs as a group, and the defendants as a group, are each limited to taking **10** additional depositions in this case, without leave of court.

DATED this 9th day of December, 2008.

                                              BY THE COURT:

                                              s/ *David L. Piester*
                                              David L. Piester
                                              United States Magistrate Judge