IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The parties' motion for extension of deadline, filing no. 24, is granted and the deadline for filing discovery motions is extended to April 10, 2009.

DATED this 9th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge