IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint motion of the parties, filing no. 32, is granted and the deadline for filing the trial exhibit list is extended from April 30 to June 1, 2009.

DATED this 28th day of April, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge