IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Upon the plaintiff's unopposed motion (filing 34) to continue briefing date,

IT IS ORDERED:

1. Plaintiff's unopposed motion (filing 34) to continue briefing deadline is granted;

2. Plaintiff's response to Defendant's motion (filing 29) for summary judgment shall be filed on or before May 19, 2009;

3. If Defendant desires to file a reply to Plaintiff's response, such reply shall be filed on or before May 27, 2009;

4. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date for Defendant's motion for summary judgment (filing 29) is May 27, 2009.

DATED this 5th day of May, 2009.

> BY THE COURT:
> s/ *Richard G. Kopf*
> United States District Judge