IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint motion of the parties, filing no. 41, is granted and the deadline for filing the exhibit lists is extended to June 26, 2009.

DATED this 2nd day of June, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge