IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| V. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's unopposed motion to amend defendant's witness list, filing no. 43, is granted.

DATED this 11th day of June, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge