IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| WARREN MEMORIAL HOSPITAL, | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (filing 50) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED this 30th day of June, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge